IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOROTHY CLEVENGER, *et al.*                                               PLAINTIFFS

    v.                    Case No. 11-2040

WYETH, *et al.*                                                          DEFENDANTS

## O R D E R

NOW on this 20th day of June 2012, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that the case be dismissed with prejudice, subject to the terms of the settlement agreement.  The parties are to bear their own fees and costs.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

                                        /s/ Robert T. Dawson
                                        **HONORABLE ROBERT T. DAWSON**
                                        **UNITED STATES DISTRICT JUDGE**